In the Matter of JANINE JOHNSON, Appellant, v COUNTY OF ORANGE et al., Respondents.

Decided June 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.